962

In the Matter of JESSICA GRAHAM, Appellant, v CHARLES T. RAWLEY, Respondent.

Submitted February 23, 2015; decided April 2, 2015

Motions for leave to appeal dismissed upon the ground that the orders sought to be appealed from do not finally determine the proceeding within the meaning of the Constitution. Motions for poor person relief dismissed as academic.

SEDINA LEVIN, Appellant, v NEW YORK CITY HEALTH AND HOSPITALS CORPORATION (HARLEM HOSPITAL CENTER), Respondent.

Submitted January 12, 2015; decided April 2, 2015

Motion, insofar as it seeks leave to appeal from the Appellate Division order denying reargument or leave to appeal to the Court of Appeals, dismissed upon the ground that such order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.

In the Matter of LUCINDA A. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; LUBA A., Appellant. (Proceeding No. 1.)

In the Matter of MANUEL A., Respondent, v LUBA A., Appellant. (Proceeding No. 2.)

Submitted March 2, 2015; decided April 2, 2015

Motion for leave to appeal etc. denied. Motion for poor person relief dismissed as academic.